```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEOFFREY LYNCH,
```

        Plaintiff,      **ORDER**
                  CV 10-1755 (DRH)(ARL)

  -against-

```
SUFFOLK COUNTY POLICE OFFICER
JOHN F. MONAHAN, in his individual and
official capacity and the COUNTY OF
SUFFOLK, NEW YORK,
```

        Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

  Before the court is the defendants' motion seeking to stay depositions in the case until November 1, 2010. The plaintiff opposes the motion arguing that "there is no need for a stay because it is usually prudent to wait to conduct depositions until after responses to paper discovery have been received and reviewed," which will not happen in this case before the plaintiff's criminal trial on September 27, 2010. The plaintiff argues, therefore, that the motion is premature. While the plaintiff may be correct that the application is premature, the court believes that it is prudent to wait to depose the parties until the criminal case is concluded. Accordingly, the proposed scheduling order forwarded to the parties on August 10, 2010, will be adopted by the court with the following amendment: Depositions of the parties will not be conducted until the plaintiff's criminal trial is concluded. Counsel for the defendants is directed to provide the court with a status letter concerning the plaintiff's criminal trial by November 1, 2010. The initial conference scheduled for September 2, 2010 is canceled.

Dated: Central Islip, New York        **SO ORDERED:**
    August 25, 2010

                  _____/s/_____
                  ARLENE ROSARIO LINDSAY
                  United States Magistrate Judge